UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Amanda Pierner-Lytge, | : <br> : <br> : <br> : |
| Plaintiff, <br> v. | : Civil Action No.: 2:15-cv-00061-PP <br> : <br> : |
| Seas and Associates, LLC; and DOES 1-10, inclusive, | : <br> : <br> : <br> : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: July 13, 2015

                                        Respectfully submitted,

                                        By /s/ Amy L. Cueller

                                        Amy L. Cueller, Esq. #15052-49
                                        LEMBERG LAW, L.L.C.
                                        1100 Summer Street, 3rd Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250
                                        Facsimile: (203) 653-3424
                                        E-Mail: acueller@lemberglaw.com
                                        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 13, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Wisconsin Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                   By /s/ Amy L. Cueller

                                       Amy L. Cueller