UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Amanda Pierner-Lytge, | : |
| | : Civil Action No.: 2:15-cv-00061-PP |
| Plaintiff, | : |
| v. | : |
| Seas and Associates, LLC; and DOES 1-10, inclusive, | : |
| Defendants. | : |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Amanda Pierner-Lytge | Seas and Associates, LLC |
|---|---|
| /s/ Amy L. Cueller | /s/ Jared M. Goerlitz |
| Amy L. Cueller, Esq. #15052-49 | Jared M. Goerlitz, Esq. |
| Lemberg Law, LLC | PFB Law, Professional Association |
| 1100 Summer Street, 3rd Floor | 55 East Fifth Street, Suite 800 |
| Stamford, CT 06905 | St. Paul, MN 55101 |
| (203) 653-2250 | (651) 291-8955 |
| Attorney for Plaintiff | Attorney for Defendant |

_____
SO ORDERED

# CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court Eastern District of Wisconsin Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Amy L. Cueller

Amy L. Cueller